

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE

KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON K. PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 23, 2015

Nissa M. Dunn
4040 Broadway, Suite 440
San Antonio, Texas 78209

Harold Joseph Lotz, Jr.
1210 Nacogdoches Road
San Antonio, Texas 78209

Cathleen Lockhart
310 South St. Mary's Street, Ste. 1900
San Antonio, Texas 78205

RE:  Court of Appeals Number:  04-14-00289-CV
     Trial Court Case Number:   2013-CI-17554
     Style:  Legend Oaks—South San Antonio, LLC d/b/a Legend Oaks
             Healthcare and Rehabilitation Center—South San Antonio v.
             Emma Molina on Behalf of the Estate of Adella Rocamontes

Dear Counsel,

Please be advised the panel in this case has changed. The original panel was Chief Justice Catherine Stone, Justice Karen Angelini, and Justice Luz Elena Chapa. The updated panel consists of Justice Karen Angelini, Justice Luz Elena Chapa, and Justice Jason Pulliam. The submission date remains the same.

If you have any questions or require additional information, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Margaret E. Adams
Legal Assistant, Fourth Court of Appeals
210.335.3854

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO

2015 FEB -4

Keith E. Hottle
KEITH E. HOTTLE, CLERK

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

SAN ANTONIO TX 780

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48
0003179973
02 1P
JAN 23 2015
MAILED FROM ZIP CODE 78205

Cathleen Lockhart
310 South St. Mary's Street, Ste. 1900
San Antonio, Texas 78205

BC: 78205311475 DU *2210-13769-23-41

№ 782 SE 1009N  C0102/01/15
UNABLE TO FORWARD/FOR REVIEW
**C011**